UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS HARSH,<br><br>                  Petitioner,<br>    v.<br><br>JO GENTRY, *et al.*,<br><br>                  Respondents. | Case No. 2:17-cv-02069-MMD-NJK<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for an extension of time (ECF No. 18) is granted. Petitioner will have up to and including March 2, 2018, within which to file his second amended petition.

DATED THIS 16th day of February 2018.

                                                                         _____
                                                                          MIRANDA M. DU
                                                                          UNITED STATES DISTRICT JUDGE