# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS HARSH, | Case No. 2:17-cv-02069-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

Good cause appearing, petitioner's second unopposed motion for an extension of time (ECF No. 20) is granted. Petitioner will have up to and including March 9, 2018, within which to file his second amended petition.

DATED THIS 2nd day of March 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE