# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

THOMAS HARSH,

    Petitioner,

v.

JO GENTRY, *et al.*,

    Respondents.

Case No. 2:17-cv-02069-MMD-NJK

ORDER

Good cause appearing, Respondents' unopposed motion for enlargement of time (ECF No. 24) is granted. Respondents will have until June 22, 2018, within which to file and serve their response to the second amended petition in this case.

DATED THIS 8th day of May 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE