# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS HARSH,<br><br>　　　　　　Petitioner,<br>　v.<br>JO GENTRY, *et al.*,<br><br>　　　　　　Respondents. | Case No. 2:17-cv-02069-MMD-NJK<br><br>ORDER |

Good cause appearing, Respondents' second unopposed motion for enlargement of time (ECF No. 27) is granted. Respondents will have until July 23, 2018, within which to file and serve their response to the second amended petition in this case.

DATED THIS 25th day of June 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE