UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS HARSH,<br><br>　　　　　Petitioner,<br>　v.<br>JO GENTRY, *et al.*,<br><br>　　　　　Respondents. | Case No. 2:17-cv-02069-MMD-NJK<br><br>ORDER |

Good cause appearing, Respondents' third unopposed motion for enlargement of time (ECF No. 29) is granted. Respondents will have until August 2, 2018, within which to file a response to the second amended petition in this case.

DATED THIS 24th day of July.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE