UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| THOMAS HARSH,<br>  Petitioner,<br>v.<br>JO GENTRY, *et al.*,<br>  Respondents. | Case No. 2:17-cv-02069-MMD-NJK<br>ORDER |

Good cause appearing, Respondents' unopposed motion for enlargement of time (ECF No. 37) is granted. Respondents will have until September 21, 2018, within which to file and serve their reply to Petitioner's response to Respondents' motion to dismiss.

DATED THIS 22nd day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE