# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS HARSH, <br> Petitioner, <br> v. <br> JO GENTRY, *et al.*, <br> Respondents. | Case No. 2:17-cv-02069-MMD-NJK <br> ORDER |

Good cause appearing, Respondents' second motion for enlargement of time *nunc pro tunc* (ECF No. 39) is granted. Respondents will have until October 16, 2018, within which to file and serve their reply to Petitioner's response to their motion to dismiss.

DATED THIS 4th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE