UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| THOMAS HARSH, | Case No. 2:17-cv-02069-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' third motion for enlargement of time (ECF No. 41) is granted. Respondents will have until October 31, 2018, within which to file and serve their reply to Petitioner's response to their motion to dismiss.

DATED THIS 17th day of October 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE