UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| THOMAS HARSH, | Case No. 2:17-cv-02069-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

It is ordered that Respondents' unopposed motion for extension of time (ECF No. 48) is granted. Respondents will have until August 2, 2019, to file their answer to the remaining claims of the petition.

DATED THIS 4th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE