# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| THOMAS HARSH, | Case No. 2:17-cv-02069-MMD-NJK |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

It is ordered that Respondents' second unopposed motion for extension of time (ECF No. 50) is granted. Respondents will have until October 2, 2019, to file their answer to the remaining claims of the petition.

DATED THIS 5th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE