UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THOMAS HARSH,<br><br>                      Petitioner,<br>    v.<br>JO GENTRY, *et al.*,<br><br>                      Respondents. | Case No. 2:17-cv-02069-MMD-NJK<br><br>ORDER |

Good cause appearing, Respondents' third unopposed Motion for Extension of Time (ECF No. 55) is granted in part and denied in part. Respondents have until November 25, 2019, to file an answer to the surviving claims of the Second Amended Petition (ECF No. 22).

Given the age of this case, the Court directs counsel for both parties to prioritize the briefing in this case over later-filed matters. **Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence**.

DATED THIS 3rd day of October 2019.

                                                          MIRANDA M. DU
                                                          CHIEF UNITED STATES DISTRICT JUDGE