# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THOMAS HARSH, | Case No. 2:17-cv-02069-MMD-NJK |
| Petitioner, | ORDER |
| v. | |
| JO GENTRY, *et al.*, | |
| Respondents. | |

This habeas comes before the Court on Respondents' fourth unopposed Motion for Extension of Time (ECF No. 58). Although the motion falls short of providing compelling circumstances or a strong showing of good cause,[1] the Court will reluctantly allow the additional two days. It is therefore ordered that Respondents' motion is granted. Respondents have until November 27, 2019, to file an answer to the surviving claims of the Second Amended Petition (ECF No. 22).

DATED THIS 25th day of November 2019.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] In the order granting Respondents' third request for an extension of time, counsel was advised:

> Given the age of this case, the Court directs counsel for both parties to prioritize the briefing in this case over later-filed matters. *Further extensions of time are not likely to be granted absent compelling circumstances and a strong showing of good cause why the briefing could not be completed within the extended time allowed despite the exercise of due diligence.*

(ECF No. 56.)